Paul J. Rothacher, Plaintiff-Counter Defendant-Appellee, v. Thurman Jones, Conservator of Allen E. Jones, Incompetent, Defendant-Counter Plaintiff-Appellant.

Gen. No. 10,409. 

Third District.

October 22, 1962.

Rehearing denied and opinion modified December 11, 1962.

Dunn & Dunn (Frank M. Brady, of counsel), of Bloomington and Wham & Wham (James B. Wham, of counsel), of Centralia, for appellant; Green and Hoagland, of Alton (James K. Almeter, of counsel), for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.